UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TORRENCE V. ROBINSON,

    Plaintiff,

v.    Case No. 18-C-952

G4 HERBAL INCENSE, *et al.*,

    Defendants.

## ORDER OF DISMISSAL

Based upon the Report and Recommendation of Magistrate Judge Nancy Joseph (ECF No. 4), which is hereby adopted in full, this case is ordered dismissed without prejudice for lack of diversity jurisdiction pursuant to 28 U.S.C. § 1332, and Plaintiff's motion for leave to proceed without prepayment of the filing fee (ECF No. 2) is denied as moot. The Clerk is directed to enter Judgment forthwith.

Dated this __31st__ day of July, 2018.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court